IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
|         Plaintiff, | ) Case No. 20-cv-5068 |
| | ) |
| v. | ) Judge Virginia M. Kendall |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
|         Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EMOJI COMPANY GmbH hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 36 | Maserfaliw |
| 50 | OPRINT |
| 76 | lilttleli |
| 273 | One Bear |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 5, 2021    By:    s/Michael A. Hierl
                                         Michael A. Hierl (Bar No. 3128021)
                                         William B. Kalbac (Bar No. 6301771)
                                         Hughes Socol Piers Resnick & Dym, Ltd.
                                         Three First National Plaza
                                         70 W. Madison Street, Suite 4000
                                         Chicago, Illinois 60602
                                         (312) 580-0100 Telephone
                                         mhierl@hsplegal.com

                                         Attorneys for Plaintiffs
                                         EMOJI COMPANY GmbH

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 5, 2021.

                                              s/Michael A. Hierl